1  Michael J. Czeshinski, #138063
2  WILKINS, DROLSHAGEN & CZESHINSKI LLP
   6785 N. Willow Ave.
3  Fresno, CA 93710
   Telephone: (559) 438-2390
   Facsimile: (559) 438-2393
4
5  Attorneys for Defendant, RUBY SUTACHAN

JS - 6

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARGARITA ESCOBEDO and YVETTE          Case Number  CV 11-06140 CAS (SHx)
    ESCOBEDO,
12                                          **ORDER GRANTING DISMISSAL**
                    Plaintiff,
13
            v.
14
    RUBY SUTACHAN, and Does 1 through
15  30, inclusive.
16                  Defendants.

17

18      THE ENTIRE ACTION IS HEREBY ORDERED DISMISSED WITH PREJUDICE.

19      IT IS SO ORDERED.

20

21  Dated: October 25, 2012        _____
                                    Honorable Christina A. Snyder
22                                  Judge of the United States District Court,
                                    Central District of California-Western Division
23

24

25

26

27

28

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Order Granting Dismissal