Michael J. Czeshinski, #138063
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, RUBY SUTACHAN

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ESCOBEDO and YVETTE ESCOBEDO,<br><br>Plaintiff,<br><br>v.<br><br>RUBY SUTACHAN, and Does 1 through 30, inclusive.<br><br>Defendants. | Case Number  CV 11-06140 CAS (SHx)<br><br>**ORDER GRANTING DISMISSAL** |

THE ENTIRE ACTION IS HEREBY ORDERED DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 25, 2012

_Christine A. Snyde_
_____
Honorable Christina A. Snyder
Judge of the United States District Court,
Central District of California-Western Division

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Order Granting Dismissal